[No. 46313-0-II. Division Two. August 4, 2015.]

*In the Matter of the Marriage of* VICTOR M. ZANDI, *Respondent*, and DEANNA M. ZANDI, *Appellant*.

 by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J.; Worswick, J., dissenting. Now published at 190 Wn. App. 51.

[No. 32477-0-III. Division Three. August 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LAREN ALAN JACKSON, *Appellant*.

 by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32998-4-III. Division Three. August 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH MULLIGAN, *Appellant*.

 by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32215-7-III. Division Three. August 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GENE WATTS, *Appellant*.

 by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.